# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

JOHNNIE WHITE,                  :

    Plaintiff,            :

vs.                                 CA 05-0243-BH-C

                            :

JO ANNE B. BARNHART,
Commissioner of Social Security, :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 6, 2006, that the decision of the Commissioner of Social Security denying plaintiff disability insurance benefits and supplemental security income be affirmed, is **ADOPTED** as the opinion of this Court.

    **DONE** this 6th day of February, 2006.

                                                     s/ W. B. Hand
                                                    SENIOR DISTRICT JUDGE