# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE WHITE, | : |
| Plaintiff, | : |
| vs. | CA 05-0243-BH-C |
| | : |
| JO ANNE B. BARNHART, | |
| Commissioner of Social Security, | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff disability insurance benefits and supplemental security income be affirmed.

**DONE** this 6th day of February, 2006.

                                                    s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE